SPENCER H. HIPP, Bar No. 090485
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500

Attorneys for Defendant
W.M. LYLES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MENDES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W.M. LYLES CO., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendant. | Case No. 1:07-CV-01265-AWI-GSA<br><br>**STIPULATION AND ORDER**<br><br>Case Removed: August 31, 2007 |

　　　　By it's timely filed Motion to Dismiss Portions of Plaintiff's First Amended Complaint, Defendant moved to dismiss the first, second, third, and fifth causes of action of Plaintiff's First Amended Complaint.

　　　　In order to avoid any ambiguities, the parties, by and through their respective counsel, stipulate that a response to the fourth cause of action of Plaintiff's First Amended Complaint will not be due until the time prescribed by Rule of Court or by the Court following the Court's ruling on Defendant's Motion to Dismiss Portions of Plaintiff's First Amended Complaint, which presently is set for hearing on November 19, 2007.

IT IS SO STIPULATED.

Dated: 10/22/07　　　　　　　　　　　　ON BEHALF OF FRANK MENDES, PLAINTIFF
　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF KEN M. FITZGERALD


　　　　　　　　　　　　　　　　　　　　　By: /s/ KEN M. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　　　KEN M. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　　Printed Name

Dated: 10/23/07                          ON BEHALF OF W. M. LYLES CO.
                                         LITTLER MENDELSON


                                         By:   /s/ SPENCER H. HIPP
                                                SPENCER H. HIPP


**ORDER**

IT IS SO ORDERED.

**Dated:   October 24, 2007**                   /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE