SPENCER H. HIPP, Bar No. 090485
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:    559.244.7500

Attorneys for Defendant
W.M. LYLES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MENDES,<br><br>            Plaintiff,<br><br>      v.<br><br>W.M. LYLES CO., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>            Defendant. | Case No.  1:07-CV-01265-AWI-GSA<br><br>STIPULATION AND ORDER RE CONTINUANCE OF MOTION TO DISMISS<br><br><br>Case Removed:  August 31, 2007 |

IT IS HEREBY STIPULATED that the hearing on Defendant's timely filed Motion to Dismiss Portions of Plaintiff's First Amended Complaint, scheduled for November 19, 2007, be continued to the new hearing date of December 17, 2007, at 1:30 p.m., in Courtroom **Two**.

IT IS FURTHER STIPULATED that the dates for the filing of Plaintiff's opposition and Defendant's reply would also be continued a corresponding amount of time.  The purpose of this stipulated continuance is to give the parties an opportunity to explore the potential resolution of this case.

///
///
///
///

| | |
|---|---|
| Dated: October 25, 2007 | ON BEHALF OF FRANK MENDES, PLAINTIFF<br>LAW OFFICE OF KEN M. FITZGERALD |
| | By:   /s/ KEN M. FITZGERALD<br>        KEN M. FITZGERALD |
| Dated: October 25, 2007 | ON BEHALF OF W. M. LYLES CO., DEFENDANT<br>LITTLER MENDELSON |
| | By:   /S/ SPENCER H. HIPP<br>        SPENCER H. HIPP |

**ORDER**

IT IS SO ORDERED.

**Dated:   October 27, 2007**              /s/ Anthony W. Ishii
                                                            UNITED STATES DISTRICT JUDGE