IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MENDES,                            ) | CIV F 07-1265  AWI GSA |
|                                          ) | |
|     Plaintiff,                           ) | ORDER ON VACATING |
|                                          ) | DECEMBER 17, 2007, |
|     v.                                   ) | HEARING AND TAKING |
|                                          ) | MOTION TO DISMISS UNDER |
| W.M. LYLES CO., a California             ) | SUBMISSION |
| corporation, and DOES 1 through 100,     ) | |
| inclusive,                               ) | |
|                                          ) | |
|     Defendant.                           ) | |
|                                          ) | |
| _____  ) | |

Currently pending before this Court is Defendant's Rule 12(b)(6) motion to dismiss. This motion is set for hearing on December 17, 2007, at 1:30 p.m. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.[1] Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 17, 2007, is VACATED, and the parties shall not appear at that time. As of December 17, 2007,

---

[1] In Defendant's motion to dismiss, a declaration is referenced. The Teixiera Declaration was submitted as part of a prior motion to dismiss that was rendered moot by the voluntary filing of the First Amended Complaint. The Teixiera Declaration attaches various Bargaining Agreements. The motion to dismiss identifies specific provisions of the various Bargaining Agreements and cites to the Teixiera Declaration. Plaintiff did not expressly address the particular provisions identified by Defendant. In deciding a motion to dismiss, the Court may consider documents the authenticity of which is not contested, and upon which the plaintiff's complaint necessarily relies, without converting the motion to dismiss into a motion for summary judgment. See Parrino v. FHP, Inc., 146 F.3d 699, 705-06 (9th Cir. 1998). Unless objections are filed on or by December 17, 2007, the Court will consider Teixiera Declaration Exhibits C, D, and E, in accordance with *Parrino*, in deciding the motion to dismiss.

the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**     **December 12, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

2