**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK MENDES, ) | CIV F 07-1265  AWI GSA |
| ) | |
| Plaintiff, ) | ORDER SETTING DATE FOR |
| ) | THE FILING OF |
| v. ) | DISPOSITIONAL |
| ) | DOCUMENTS |
| W.M. LYLES CO., a California ) | |
| corporation, and DOES 1 through 100, ) | |
| inclusive, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On June 30, 2008, the parties filed a notice of settlement.  Local Rule 16-160(b) provides that once a notice of settlement is filed, the Court is to set a date for the parties to file dispositional documents.

Accordingly, IT IS HEREBY ORDERED that the parties are to file dispositional documents with the Court AS SOON AS POSSIBLE, but no later than July 14, 2008.

IT IS SO ORDERED.

Dated:     July 1, 2008                              /s/ Anthony W. Ishii
                                                     UNITED STATES CHIEF DISTRICT JUDGE